P. Scott McCleery (OSB No. 850650)
McCleery & Wade, P.C.
1399 Franklin Boulevard, 2nd Floor
Eugene, OR 97403
Bus: (541) 344-2174
Fax: (541) 393-6774
scott@mccleerywade.com

Of Attorneys for Erik Graeff and
Law Offices of Eric Graeff, P.C.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 14-35071-rld7 |
| | ) | |
| Cheryl Kae Stites, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| United States Trustee, | ) | Adversary No. 16-03013-rld |
| | ) | |
| Plaintiff, | ) | ANSWER OF DEFENDANTS ERIK |
| | ) | GRAEFF AND LAW OFFICES OF |
| v. | ) | ERIK GRAEFF, P.C. |
| | ) | |
| Vincent Howard, | ) | |
| Howard Law, P.C. | ) | |
| Erik Graeff, | ) | |
| Law Offices of Erik Graeff, P.C. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants Erik Graeff and the Law Offices of Erik Graeff, P.C. (collectively "Graeff"), answer Plaintiff's Complaint as follows:

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 1 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

## JURISDICTIONAL AND VENUE ALLEGATIONS

1. Graeff admits the allegations in paragraph 1.

## FACTUAL ALLEGATIONS

2. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.

3. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 and therefore denies them.

4. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 and therefore denies them.

5. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 and therefore denies them.

6. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 and therefore denies them.

7. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 and therefore denies them.

8. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 and therefore denies them.

9. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 and therefore denies them.

10. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 and therefore denies them.

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 2 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

11. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 and therefore denies them.

12. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 and therefore denies them.

13. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 and therefore denies them.

14. Graeff admits the allegations in paragraph 14.

15. Graeff admits the allegations in paragraph 15.

16. Graeff admits the allegations in paragraph 16.

17. Graeff admits the allegations in paragraph 17.

18. Plaintiff makes no factual allegations in paragraph 18 to which an answer is warranted.

19. Graeff admits the allegations in paragraph 19.

20. Graeff admits he signed a Local Counsel Engagement Letter. The terms of the letter speak for themselves and Graeff therefore denies the remaining allegations contained in paragraph 20.

21. Graeff admits he signed a Local Counsel Engagement Letter. The terms of the letter speak for themselves and Graeff therefore denies the remaining allegations contained in paragraph 21.

///

///

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 3 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

22. Graeff admits he signed a Local Counsel Engagement Letter. The terms of the Letter speak for themselves and Graeff therefore denies the remaining allegations contained in paragraph 22.

23. Graeff admits he signed a Local Counsel Engagement Letter. The terms of the Letter speak for themselves and Graeff therefore denies the remaining allegations contained in paragraph 23.

24. Graeff admits he signed a Local Counsel Engagement Letter. The terms of the Letter speak for themselves and Graeff therefore denies the remaining allegations contained in paragraph 24.

25. Graeff admits he signed an amendment to the Local Counsel Engagement Letter. The terms of the amendment speak for themselves and Graeff therefore denies the remaining allegations contained in paragraph 25.

26. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 and therefore denies them.

27. Graeff admits the allegations in paragraph 27.

28. Graeff admits the allegations of the first sentence of paragraph 28. Graeff's deposition testimony speaks for itself and Graeff therefore denies the remaining allegations contained in paragraph 28.

29. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 and therefore denies them.

///

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 4 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

30.     Graeff admits the Howard Engagement Agreement ("HEA"), the terms of which speak for themselves, otherwise Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 and therefore denies them.

31.     Graeff admits the Howard Engagement Agreement ("HEA"), the terms of which speak for themselves, otherwise Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 and therefore denies them.

32.     Graeff admits the Howard Engagement Agreement ("HEA"), the terms of which speak for themselves, otherwise Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 and therefore denies them.

33.     Graeff admits the Howard Engagement Agreement ("HEA"), the terms of which speak for themselves, otherwise Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 and therefore denies them.

34.     Graeff admits the Howard Engagement Agreement ("HEA"), the terms of which speak for themselves, otherwise Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 and therefore denies them.

35.     Graeff admits the Howard Engagement Agreement ("HEA"), the terms of which speak for themselves, otherwise Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 and therefore denies them.

36.     Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 and therefore denies them.

///

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

37. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 and therefore denies them.

38. Graeff admits the Howard Engagement Agreement ("HEA"), the terms of which speak for themselves, otherwise Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 and therefore denies them.

39. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 and therefore denies them.

40. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 and therefore denies them.

41. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 and therefore denies them.

42. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 and therefore denies them.

43. Graeff admits the Howard Engagement Agreement ("HEA"), the terms of which speak for themselves, otherwise Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 and therefore denies them.

44. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 and therefore denies them.

45. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 and therefore denies them.

///

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 6 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

46. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 and therefore denies them.

47. Graeff admits he signed the Graeff Limited Scope Agreement ("GLSA").

48. Graeff admits he signed the GLSA, the terms of which speak for themselves, and Graeff therefore denies the remaining allegations contained in paragraph 48.

49. Graeff admits he signed the GLSA, the terms of which speak for themselves, and Graeff therefore denies the remaining allegations contained in paragraph 49.

50. Graeff admits the allegations in paragraph 50.

51. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and therefore denies them.

52. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 and therefore denies them.

53. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 and therefore denies them.

54. Graeff admits the allegations in paragraph 54.

55. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 and therefore denies them.

56. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56 and therefore denies them.

57. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 and therefore denies them.

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 7 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

58. Graeff admits the allegations in paragraph 58.

59. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 and therefore denies them.

60. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 and therefore denies them.

61. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 and therefore denies them.

62. Graeff admits he referred Stites to Rennie. Graeff is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 62 and therefore denies them.

63. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 and therefore denies them.

64. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 and therefore denies them.

65. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 and therefore denies them.

66. Graeff admits the allegations in paragraph 66.

67. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 and therefore denies them.

68. Graeff admits the allegations in paragraph 68.

69. Graeff admits the allegations in paragraph 69.

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 8 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

70. Graeff admits the Rennie Fee Disclosure, the terms of which speak for themselves, and Graeff therefore denies the remaining allegations contained in paragraph 70.

71. Graeff admits the allegations in paragraph 71.

72. Graeff admits the allegations in paragraph 72.

73. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 and therefore denies them.

74. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74 and therefore denies them.

75. Graeff admits the Clements Stipulated Order, the terms of which speak for themselves, and Graeff therefore denies the remaining allegations contained in paragraph 75.

76. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76 and therefore denies them.

77. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77 and therefore denies them.

78. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 and therefore denies them.

79. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79 and therefore denies them.

80. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 and therefore denies them.

///

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 9 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

81. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 and therefore denies them.

82. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 and therefore denies them.

83. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83 and therefore denies them.

84. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 and therefore denies them.

85. Graeff is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85 and therefore denies them.

FIRST CLAIM FOR RELIEF

Against Graeff and Graeff Law

Refund of Fees

11 U.S.C. § 329(b)

86. Graeff admits and denies the allegations of paragraphs 1-85 as initially admitted and denied.

87. Graeff denies the allegations in paragraph 87.

///

///

///

///

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 10 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

## SECOND CLAIM FOR RELIEF

## Against Howard and Howard Law

## Civil Penalty for Misrepresenting Services

## 11 U.S.C. §§ 526(a)(3), 526(c)(5)

88. Graeff admits and denies the allegations of paragraphs 1-85 as initially admitted and denied.

89. Plaintiff makes no allegations in paragraphs 89, 90 and 91 concerning Graeff.

## THIRD CLAIM FOR RELIEF

## Against Graeff and Graeff Law

## Civil Penalty for Misrepresenting Services

## 11 U.S.C. §§ 526(a)(3), 526(c)(5)

92. Graeff admits and denies the allegations of paragraphs 1-85 as initially admitted and denied.

93. Graeff denies the allegations in paragraphs 93, 94 and 95.

## FOURTH CLAIM FOR RELIEF

## Against Howard and Howard Law

## Civil Penalty for Failing to Perform Services

## 11 U.S.C. §§ 526(a)(1), 526(c)(5)

96. Graeff admits and denies the allegations of paragraphs 1-85 as initially admitted and denied.

97. Plaintiff makes no allegations in paragraphs 97, 98 and 99 concerning Graeff.

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 11 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

## FIFTH CLAIM FOR RELIEF

## Against Graeff and Graeff Law

## Civil Penalty for Failure to Perform Services

## 11 U.S.C. §§ 526(a)(1), 526(c)(5)

100. Graeff admits and denies the allegations of paragraphs 1-85 as initially admitted and denied.

101. Graeff denies the allegations in paragraphs 101, 102 and 103.

## SIXTH CLAIM FOR RELIEF

## Against Howard and Howard Law

## Injunction Against Continued Violation of 11 U.S.C. § 526

## 11 U.S.C. § 526(c)(5)

104. Graeff admits and denies the allegations of paragraphs 1-85 as initially admitted and denied.

105. Plaintiff makes no allegations in paragraph 105 concerning Graeff.

## SEVENTH CLAIM FOR RELIEF

## Against Graeff and Graeff Law

## Injunction Against Continued Violation of 11 U.S.C. § 526

## 11 U.S.C. § 526(c)(5)

106. Graeff admits and denies the allegations of paragraphs 1-85 as initially admitted and denied.

107. Graeff denies the allegations in paragraph 107.

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 12 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16

## EIGHTH CLAIM FOR RELIEF

### Against Graeff

### Discipline and Sanctions Under the Bankruptcy Court's Inherent Authority

108. Graeff admits and denies the allegations of paragraphs 1-85 as initially admitted and denied.

109. Graeff denies the allegations in paragraphs 109 and 110.

110. Graeff denies all allegations of the Complaint not expressly admitted in this Answer.

WHEREFORE, Graeff prays for relief as follows:

A. For an Order dismissing Plaintiff's claims against Graeff with prejudice;

B. For Graeff's costs and disbursements; and

C. For such other and further relief as this Court deems equitable and just.

Dated this 29th day of February, 2016.

McCLEERY & WADE, P.C.


By */S/ P Scott McCleery*

P. SCOTT McCLEERY (OSB No. 850650)
Of Attorneys for Defendant Erik Graeff and
Erik Graeff Law Offices, P.C.

McCLEERY & WADE, P.C.
Attorneys at Law
1399 Franklin Blvd., 2nd Floor
Eugene, OR 97403
(541) 344-2174
scott@mccleerywade.com

PAGE 13 – ANSWER OF DEFENDANTS ERIK GRAEFF AND LAW OFFICES OF ERIK GRAEFF, P.C.

Case 16-03013-rld    Doc 4    Filed 02/29/16