10:00    **16-3013 rld ap**        **US Trustee v. Howard et al**

       14-35071        **Notice of RESCHEDULED Hearing Re:**
**Further Status/Scheduling Pretrial Conference**

US Trustee - pla       CARLA GOWEN MCCLURG

Erik Graeff - dft       P SCOTT MCCLEERY

Rodolfo A. Camacho as Trustee for   HOLLY C HAYMAN

Nicholas J. Henderson
Jeffrey Katz
Loren S. Scott

Evidentiary Hearing:       Yes: ☐       No: ☒

Court will enter initial consolidated scheduling order:

Further pretrial conference: Monday, October 17, 2016 at 10:00 a.m. by telephone.

Parties to provide dates available if they would like a settlement conference.

_____

_____

_____

_____

_____

_____

_____

_____

_____

Order to be prepared by:   ☐ Clerk's Office   ☒ Chambers   ☐ _____

**OD3 - Dismissal Order**

    #1 _____ Settled _____ (21) days.

    #2 _____ to Prepare Judgement/order _____ (21) days.

    #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

    #1 _____ Planning Conf. by ____-____-____ / Conf. Report by ____-____-____.

    #2 _____ Planning Conf. by ____-____-____/ No report.

    #3 _____ Discovery can proceed.

    #4 _____ No Planning Conf./Initial disclosures by ____-____-____.

    #5 _____ Discovery limited to _____.

Docket Entry: