Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

```
In Re:                              )
                                    ) Bankruptcy Case
Cheryl Kae Stites,                  ) No. 14-35071-rld7
                                    )
                    Debtor.         )
_____)
                                    )
United States Trustee,              )
                                    ) Adv. Proc. No. 16-3013-rld
                    Plaintiff,      )
                                    ) INITIAL SCHEDULING ORDER
        v.                          )
                                    )
Vincent Howard; Howard Law, P.C.;   )
Erik Graeff; Law Offices of Erik    )
Graeff P.C.,                        )
                                    )
                    Defendants.     )
_____)
```

Pursuant to Fed. R. Civ. P. 16 made applicable by Fed. R. Bankr. P. 7016,

IT IS ORDERED that:

1. Discovery shall be completed by **Friday, October 14, 2016**.

2. A further pretrial conference is set for **10:00 a.m., on Monday, October 17, 2016**, by telephone. The parties shall call the

Page 1 - INITIAL SCHEDULING ORDER

court's Telephone Hearing Line at 888-684-8852, access code 5870400#, to be connected for the hearing or appear in Courtroom 3, U.S. Bankruptcy Court, 1001 S.W. 5th Avenue, 7th Floor, Portland, Oregon.

###

cc: Carla G. McClurg
Jeffrey Katz
Nicholas J. Henderson
Loren S. Scott

Page 2 - INITIAL SCHEDULING ORDER