8

10/04/2016　　　　　　　　　TUESDAY　　　　　　　　　Judge Randall L. Dunn

1:30 PM 16-3013 rld ap　　　US Trustee v. Howard et al

14-35071　　　　　　　Motion to Extend Time Deadline to Complete Discovery
　　　　　　　　　　　Filed by Plaintiff US Trustee Re:
　　　　　　　　　　　37 Scheduling Order (McClurg, Carla) (39)

　　　　　　　　　　　US Trustee - pla　　　　　　　CARLA GOWEN MCCLURG ✓
　　　　　　　　　　　Vincent Howard - dft　　　　　JEFFREY KATZ ✓
　　　　　　　　　　　Rodolfo A. Camacho as Trustee for ~~HOLLY C HAYMAN~~
　　　　　　　　　　　　　　　　　　　　　　　　　Nicolas Henderson
　　　　　　　　　　　　　　　　　　　　　　　　　Loren Scott

Evidentiary Hearing:　　　Yes: ☐　　　No: ☒

Following discussion, the Court granted the Motion to Extend Discovery cut off to Friday, 11/4/16.
TRIAL Set on 1/4/17 to continue to 1/5/17 @ 9:00 am #3
Pre-Trial Order to be circulated by Ms. McClurg no later than 11/30/16
Submissions due Fri. 12/16/16
Final PTC on 12/20/16 at 10:00 am by TEL
Summary Judgment motion to be filed by 11/14/16
COURT to PREPARE SCHEDULING ORDER (including order extending Discovery cut off date)

Order to be prepared by:　☐ Clerk's Office　☒ Chambers　☐ _____

**OD3 - Dismissal Order**

　　#1 _____ Settled _____ (21) days.

　　#2 _____ to Prepare Judgement/order _____ (21) days.

　　#3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

　　#1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.

　　#2 _____ Planning Conf. by ___-___-___ / No report.

　　#3 _____ Discovery can proceed.

　　#4 _____ No Planning Conf./Initial disclosures by ___-___-___.

　　#5 _____ Discovery limited to _____.

Docket Entry:

　　　　　　　　　　　　　　　　　　　　　　Run Date:　　10/03/16