Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

```
In Re:                              )
                                    ) Bankruptcy Case
Cheryl Kae Stites,                  ) No. 14-35071-rld7
                                    )
                    Debtor.         )
_____ )
                                    )
United States Trustee,              )
                                    ) Adv. Proc. No. 16-3013-rld
                    Plaintiff,      )
                                    )
       v.                           ) SCHEDULING ORDER
                                    )
Vincent Howard,                     )
Howard Law, P.C.,                   )
Erik Graeff,                        )
Law Offices of Erik Graeff P.C.,    )
                                    )
                    Defendants.     )
_____ )
```

   Based upon the record of the hearing held on October 4, 2016, and pursuant to Fed. R. Civ. P. 16, made applicable by Fed. R. Bankr. P. 7016,

   IT IS ORDERED that:

   1. Trial in this adversary proceeding is set for **Wednesday,**

Page 1 - SCHEDULING ORDER

**January 4, 2017, at 9:00 a.m.**, and continuing, if necessary, at **9:00 a.m. on Thursday, January 5, 2017,** in Courtroom 3, U.S. Bankruptcy Court, 1001 S.W. 5th Avenue, 7th Floor, Portland, Oregon.

    2.   Plaintiff's motion to extend the discovery deadline is GRANTED for the reasons stated on the record. Discovery shall be completed by **Friday, November 4, 2016**.

    3.   Motions for summary judgment or partial summary judgment shall be filed not later than **Monday, November 14, 2016**.

    4.   Plaintiff shall draft and circulate a draft pretrial order on or before **Wednesday, November 30, 2016,** and Plaintiff shall lodge the final pretrial order with the court by **Friday, December 16, 2016**.

    5.   Each party shall prepare a list of their witnesses, showing names, addresses and occupations, together with a brief statement setting forth the full substance of the testimony. Do not give just the subject, give the substance. Give a time estimate for the direct testimony of each witness. This information shall be filed with the court and served on opposing counsel by **Friday, December 16, 2016**.

    6.   Not later than **Friday, December 16, 2016,** each party shall:

        a.   Mark and bind its exhibits (except impeachment exhibits). Plaintiff shall mark its exhibits with numbers 1-99. Defendants Vincent Howard and Howard Law, P.C. shall mark their exhibits with numbers 100-199. Defendants Erik Graeff and Law Offices of Erik Graeff P.C. shall mark their exhibits with numbers 200-299. **Each party's exhibits shall be tabbed and presented in three separate three-ring binders, each binder containing one set**.

        b.   Deliver to the court (do not electronically file) the

**original and two** paper copies, **bound** as set forth above, of its exhibits.

       c. Serve a copy of its exhibits, **bound** as set forth above, on all parties.

       d. File electronically and serve on all parties **a list** of its exhibits.

All objections to authenticity of exhibits must be made at or before the final pretrial conference to dispense with authenticating witnesses. In the absence of an objection, an exhibit will be deemed admitted.

7. The parties' trial memoranda are due **Friday, December 16, 2016**.

8. Except for good cause shown, no exhibits or testimony will be received in evidence at trial unless presented in accordance with this order.

9. A final pretrial conference shall be held on **Tuesday, December 20, 2016, at 10:00 a.m.** by telephone. The parties shall call the court's Telephone Hearing Line at 888-684-8852, access code 5870400#, to be connected for the hearing or appear in Courtroom 3, U.S. Bankruptcy Court, 1001 S.W. 5th Avenue, 7th Floor, Portland, Oregon.

###

cc: Carla McClurg
     Nicholas Henderson
     Jeffrey Katz
     Loren S. Scott

Page 3 - SCHEDULING ORDER