```
                              United States Bankruptcy Court
                                   District of Oregon
US Trustee,
        Plaintiff                                         Adv. Proc. No. 16-03013-rld
Howard,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: Admin.            Page 1 of 1             Date Rcvd: Nov 30, 2016
                              Form ID: NOHITH         Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2016.
```
aty            +JEFFREY KATZ,    1919 N Heliotrope Dr,    Santa Ana, CA 92706-2537
smg            +Oregon Attorney General,    Department of Justice,    1162 Court St NE,    Salem, OR 97301-4096
smg            +US Attorney General,    Department of Justice,    10th & Constitution NW,
                 Washington, DC 20530-0001
dft            +Erik Graeff,    2125 N Flint Ave,    Portland, OR 97227-1901
dft            +Howard Law, P.C.,    2099 S State College Blvd #600,    Anaheim, CA 92806-6137
dft            +Law Offices of Erik Graeff P.C.,    2125 N. Flint Ave.,    Portland, OR 97227-1901
intp           +Rodolfo A. Camacho as Trustee for the Bankruptcy E,    PO Box 13897,    Salem, OR 97309-1897
pla            +US Trustee,    620 SW Main St #213,    Portland, OR 97205-3026
dft            +Vincent Howard,    2099 S State College Blvd #600,    Anaheim, CA 92806-6137
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: bankruptcy.revenue@oregon.gov Dec 01 2016 01:36:16      ODR Bkcy,
                 955 Center NE #353,    Salem, OR 97301-2555
smg             +E-mail/Text: usaor.bankruptcy@usdoj.gov Dec 01 2016 01:37:07      US Attorney,
                 1000 SW 3rd Ave #600,    Portland, OR 97204-2936
ust             +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Dec 01 2016 01:36:33      US Trustee, Portland,
                 620 SW Main St #213,    Portland, OR 97205-3026
                                                                                             TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2016 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0

NOHITH (1/12/15) gjd

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

November 30, 2016

Clerk, U.S. Bankruptcy Court

BY **gjd** DEPUTY

| | | |
|---|---|---|
| In re<br>**Cheryl Kae Stites**<br>Debtor(s) | ) | Case No. 14−35071−rld7 |
| **US Trustee**<br>Plaintiff(s) | ) | Adv. Proc. No. 16−03013−rld |
| v. | ) | |
| **Vincent Howard et al.**<br>Defendant(s) | ) | NOTICE OF TELEPHONE HEARING |

**NOTICE IS GIVEN THAT:**

1. A **TELEPHONE HEARING,** at which testimony will not be received, will be held:

   **DATE:** 12/7/16 **TIME:** 10:30 AM **RE:** Motion to Strike Facts Included in Declarations Not Contained in Defendants' Concise Statement of Facts.

   **Call in Number: (888) 684−8852 Access Code: 5870400**

2. Each participant must also comply with each hearing requirement listed below. [Note: If you have problems connecting, call the court at (503) 326−1500 or (541) 431−4000.]

   YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684−3763 or toll−free in Oregon at (800) 452−7636.

## TELEPHONE HEARING REQUIREMENTS

Participants **MUST COMPLY WITH EACH REQUIREMENT** listed below:

a. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

b. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

c. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

d. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

e. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

f. Whenever speaking, first identify yourself.

g. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court