Carla Gowen McClurg, OSB# 165144
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18, Plaintiff

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Cheryl Kae Stites,<br><br>Debtor. | Case No.   14-35071-rld7 |
| In re<br><br>Kathleen Arthur,<br><br>Debtor | Case No.   15-62393-tmr7 |
| In re<br><br>Mary Ann Michiko Roberts,<br><br>Debtor | Case No. 15-63116-tmr7 |
| United States Trustee,<br><br>Plaintiff,<br><br>   v.<br><br>Vincent Howard,<br>Howard Law, P.C.,<br>Erik Graeff,<br>Law Offices of Erik Graeff, P.C.,<br><br>Defendants. | Adversary Nos.   16-3013-rld<br>16-6061-rld<br>16-6062-rld<br><br>**PLAINTIFF UNITED STATES TRUSTEE'S BILL OF COSTS**<br><br>Trial Date:    January 4-5, 2017<br>Trial Time:    9:00 a.m.<br>Location:      Courtroom 3 |

The Acting United States Trustee for Region 18, Gail Brehm Geiger ("Plaintiff"), the

plaintiff in the above-referenced adversary proceedings (the "Adversary Proceedings"),

Page 1 – PLAINTIFF UNITED STATES TRUSTEE'S BILL OF COSTS

respectfully submits this Bill of Costs pursuant to 28 U.S.C. § 1920; 28 U.S.C. § 1924; Fed. R. Bankr. P. 7054(b); and Local Bankruptcy Rule 9021-1(d) regarding (i) Plaintiff's request for costs set forth in the complaints filed in the Adversary Proceedings, and (ii) the United States Trustee's Motion to Compel Production of Documents and Data and for an Award of Expenses Against Vincent Howard, Howard Law, P.C. and Jeffrey A. Katz (the "Motion to Compel") filed on November 4, 2016 in the adversary proceeding in the case of Cheryl Kae Stites, Adversary No. 6-3013-rld (ECF. No. 45) against Vincent Howard, Howard Law, P.C. (the "Howard Defendants"), and Jeffrey Katz. The Declaration of Carla G. McClurg Regarding Costs and Fees Incurred verifies the costs summarized herein.

The costs summarized herein are the costs incurred by and invoiced to Plaintiff as of December 19, 2016. Plaintiff intends to supplement this bill of costs as additional costs are incurred or invoices for costs are presented to Plaintiff for payment. Plaintiff and defendants Erik Graeff and the Law Offices of Erik Graeff, P.C. (the "Graeff Defendants") have reached an agreement on terms of a settlement, which includes the payment of a portion of Plaintiff's costs by the Graeff Defendants. Plaintiff and the Graeff Defendants expect to finalize documentation of the settlement by the date of trial.

Plaintiff has incurred the following costs in the Adversary Proceedings:

| DATE | EXPENSE TYPE | COST |
|---|---|---|
| 1/30/2015 | Fact witness fee and expenses – Erik Graeff | $53.45 |
| 1/6/2015 | Bank Statements – On Point (Stites) | $37.25 |
| 2/10/2015 | Transcript – Consumer Financial Protection v. Morgan Drexen (Part 1) | $159.60 |
| 2/10/2015 | Transcript – Consumer Financial Protection v. Morgan Drexen (Part 2) | $123.60 |
| 2/13/2015 | Court Reporter/Transcript – Graeff | $856.70 |
| 3/13/2015 | Bank Statements – US Bank (Stites) | $14.50 |
| 4/20/2015 | Court Reporter/Transcript – Stites | $402.80 |
| 4/21/2015 | Court Reporter/Transcript – B. Rennie | $1,166.01 |
| 4/23/2015 | Fact witness fee and expenses – Chery Stites | $51.90 |
| 4/24/2015 | Bank Statements – Wells Fargo (Stites) | $51.19 |
| 5/6/2015 | Fact witness fee and expenses – Brandon Rennie | $42.53 |
| 5/26/2015 | Fact witness fee and expenses – Loretta Acosta | $40.00 |

| Date | Description | Amount |
|---|---|---|
| 5/26/2015 | Fact witness fee and expenses – Deborah Ketsdever | $45.75 |
| 5/26/2015 | Fact witness fee and expenses – David Walker | $48.05 |
| 6/4/2015 | Court Reporter/Transcript – D. Walker, D. Ketsdever, L. Acosta | $1,270.20 |
| 8/31/2015 | Travel to Santa Ana, CA – McClurg | $596.48 |
| 9/1/2015 | Court Reporter/Transcript – V. Howard | $804.70 |
| 9/14/2015 | Transcript – Stites 14-35071 | $38.25 |
| 9/29/2015 | Court Reporter/Transcript – Loy | $339.60 |
| 12/9/2015 | Transcript – Roberts 15-63116 | $69.35 |
| 2/1/2016 | Bank Statements – Wells Fargo (Arthur) | $43.00 |
| 3/8/2016 | Transcript – Arthur 15-62393 | $54.75 |
| 4/5/2016 | Mileage to Eugene, OR for Rule 2004 examination of Ms. Roberts – McClurg | $84.65 |
| 8/29/2016 | Transcript – Voss (Telephone Conversation Recording) | $21.25 |
| 9/8/2016 | Court Reporter/Transcript – V. Howard | $1,290.00 |
| 9/9/2016 | Fact witness fee and expenses – Deborah Ketsdever | $54.18 |
| 9/9/2016 | Fact witness fee and expenses – Nancy Jin | $58.00 |
| 9/9/2016 | Travel to Santa Ana, CA for depositions – McClurg | $991.18 |
| 9/9/2016 | Court Reporter/Transcript – D. Ketsdever and N. Jin | $1,163.95 |
| 9/19/2016 | Court Reporter/Transcript – Graeff | $973.05 |
| 9/22/2016 | Mileage to Eugene, OR for deposition – McClurg | $115.08 |
| 9/22/2016 | Court Reporter/Transcript – Roberts | $579.80 |
| 9/23/2016 | Fact witness fee and expenses – Raymonde Voss | $72.40 |
| 9/23/2016 | Travel to Klamath Falls, OR for deposition – McClurg | $295.10 |
| 9/23/2016 | Court Reporter/Transcript – Voss | $607.50 |
| 9/23/2016 | Fact witness fee and expenses – Mary Ann Roberts | $40.00 |
| 9/28/2016 | Fact witness fee and expenses – Kathleen Arthur | $87.52 |
| 9/28/2016 | Mileage to Salem, OR for deposition – McClurg | $38.88 |
| 9/28/2016 | Court Reporter/Transcript – Arthur | $434.95 |
| 9/29/2016 | Bank Statements – US Bank | $245.00 |
| 10/6/2016 | Bank Statements – Bank of America | $117.83 |
| 10/12/2016 | ABC Legal – Serve D. Walker | $190.00 |
| 10/27/2016 | Travel to Santa Ana, CA – McClurg | $1,002.05 |
| 11/18/2016 | Fact witness fee and expenses – David Walker | $64.00 |
| 11/18/2016 | Fact witness fee and expenses – Jeffrey Katz | $47.00 |
| 11/18/2016 | Fact witness fees and expenses – David Walker | $64.00 |
| 11/18/2016 | Fact witness fees and expenses – Jeffrey Katz | $47.00 |

| 11/18/2016 | Court Reporter/Transcript – D. Walker and J. Katz | $1,099.35 |
|---|---|---|
| 12/16/16 | Copy costs | $2,201.74 |
| | **Total** | **$18,295.12** |

DATED this 19th day of December, 2016.

                                          Respectfully submitted,
                                          GAIL BREHM GEIGER
                                          Acting U.S. Trustee for Region 18

                                          /s/ Carla Gowen McClurg
                                          Carla Gowen McClurg, OSB# 165144
                                          Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2016 I served a copy of the foregoing PLAINTIFF UNITED STATES TRUSTEE'S BILL OF COSTS by mailing a copy of this document, by United States first class mail, postage prepaid, addressed to the following:

Jeffrey A. Katz
1919 N. Heliotrope Dr.
Santa Ana, CA 92706

Vincent Howard
2099 S. State College Blvd., Suite 600
Anaheim, CA 92806

Howard Law, P.C.
Vincent Howard
2099 S State College Blvd #600
Anaheim, CA 92806

GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18

 /s/ Carla Gowen McClurg
Carla Gowen McClurg, OSB# 165144
Trial Attorney