Carla Gowen McClurg, OSB# 165144
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18, Plaintiff

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Cheryl Kae Stites,<br><br>Debtor. | Case No. 14-35071-rld7 |
| In re<br><br>Kathleen Arthur,<br><br>Debtor | Case No. 15-62393-tmr7 |
| In re<br><br>Mary Ann Michiko Roberts,<br><br>Debtor | Case No. 15-63116-tmr7 |
| United States Trustee,<br><br>Plaintiff,<br><br>   v.<br><br>Vincent Howard,<br>Howard Law, P.C.,<br>Erik Graeff,<br>Law Offices of Erik Graeff, P.C.,<br><br>Defendants. | Adversary Nos.  16-3013-rld<br>16-6061-rld<br>16-6062-rld<br><br>**DECLARATION OF CARLA GOWEN McCLURG IN SUPPORT OF PLAINTIFF UNITED STATES TRUSTEE'S BILL OF COSTS AND MOTION TO COMPEL AND FOR EXPENSES**<br><br>Trial Date:   January 4-5, 2017<br>Trial Time:   9:00 a.m.<br>Location:     Courtroom 3 |

**Page 1 – DECLARATION OF CARLA GOWEN McCLURG IN SUPPORT OF PLAINTIFF UNITED STATES TRUSTEE'S BILL OF COSTS AND MOTION TO COMPEL AND FOR EXPENSES**

Pursuant to to 28 U.S.C. § 1920; 28 U.S.C. § 1924; Fed. R. Bankr. P. 7054(b); and Local Bankruptcy Rule 9021-1(d), I, Carla Gowen McClurg, hereby declare under penalty of perjury:

1. I am the attorney for Plaintiff United States Trustee for Region 18, Gail Brehm Geiger ("Plaintiff") in the above-referenced adversary proceeding. I have personal knowledge of the matters set forth in this Declaration.

2. Plaintiff incurred costs in the total amount of $18,295.12 in the above-referenced adversary proceeding as itemized in Plaintiff United States Trustee's Bill of Costs.

3. Plaintiff's costs referenced in paragraph 2 above are correct, as of December 19, 2016, and were necessarily incurred. As litigation on this matter is ongoing, Plaintiff intends to supplement Plaintiff United States Trustee's Bill of Costs as additional invoices are received and additional costs incurred.

4. Plaintiff has agreed to the terms of a settlement with defendants Erik Graeff and the Law Offices of Erik Graeff (the "Graeff Defendants"), which includes the payment of some of Plaintiff's costs. Plaintiff and the Graeff Defendants expect to complete drafting a proposed stipulation and judgment before the date of trial in the above-referenced adversary proceedings.

DATED this 19th day of December, 2016.

Respectfully submitted,
GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18

/s/ Carla Gowen McClurg
Carla Gowen McClurg, OSB# 165144
Trial Attorney

Page 2 – DECLARATION OF CARLA GOWEN McCLURG IN SUPPORT OF PLAINTIFF UNITED STATES TRUSTEE'S BILL OF COSTS AND MOTION TO COMPEL AND FOR EXPENSES

Case 16-03013-rld    Doc 77    Filed 12/19/16

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2016 I served a copy of the foregoing

**DECLARATION OF CARLA GOWEN McCLURG IN SUPPORT OF PLAINTIFF UNITED STATES TRUSTEE'S BILL OF COSTS AND MOTION TO COMPEL AND FOR EXPENSES** by mailing a copy of this document, by United States first class mail, postage prepaid, addressed to the following:

Jeffrey A. Katz
1919 N. Heliotrope Dr.
Santa Ana, CA 92706

Vincent Howard
2099 S. State College Blvd., Suite 600
Anaheim, CA 92806

Howard Law, P.C.
Vincent Howard
2099 S State College Blvd #600
Anaheim, CA 92806

GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18

/s/ Carla Gowen McClurg
Carla Gowen McClurg, OSB# 165144
Trial Attorney