NA1 (11/10/15) pjk

| | UNITED STATES BANKRUPTCY COURT<br>District of Oregon | | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
|---|---|---|---|

In re  
**Cheryl Kae Stites**  
    Debtor(s)

**US Trustee**  
    Plaintiff(s)

    v.

**Vincent Howard**  
  **et al.**  
    Defendant(s)

Case No. 14–35071–dwh7

Adv. Proc. No. 16–03013–dwh

NOTICE RE FILING  
OF NOTICE OF APPEAL

August 24, 2018

Clerk, U.S. Bankruptcy Court

BY **pjk** DEPUTY

**NOTICE IS GIVEN** that a Notice of Appeal was filed by **Jeffrey Katz on behalf of Howard Law, PC and Vincent Howard** with the Clerk of the Bankruptcy Court on **08/23/18**. Appellant elected to have this appeal heard by U.S. District Court for the District of Oregon; therefore the appeal will proceed under U.S. District Court Local Rule (LR) 2200–3.

Pursuant to Fed. R. Bankr. P. 8009 the appellant must file a Statement of Issues and a Designation of Record within 14 days of the filing of the Notice of Appeal.

Appellant must file the enclosed Notice of Status of Transcript on Appeal when filing the Statement of Issues and Designation of Record.

                                                                                       Clerk, U.S. Bankruptcy Court