NOT (12/1/14) pjk

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Cheryl Kae Stites**
    Debtor(s)

Case No. 14–35071–dwh7

**US Trustee**
    Plaintiff(s)

Adv. Proc. No. 16–03013–dwh

v.

**Vincent Howard**
**et al.**
    Defendant(s)

NOTICE OF STATUS OF TRANSCRIPT ON APPEAL

Please mark ONE below and then file:

_____ A. A transcript of electronically recorded court proceedings was ordered from:_____
and was ordered on (enter date):_____.

    Date(s) of Hearings(s):_____
(NOTE: If partial hearing is ordered, specify which portion.)

_____ B. A transcript of court proceedings NOT electronically recorded was ordered from the court reporter on (enter date):_____.

    Date(s) of Hearing(s):_____
(NOTE: If partial hearing is ordered, specify which portion.)

**Instructions for ordering transcriptions are available at www.orb.uscourts.gov under Hearings. If you do not have internet access, please contact the court at 503–326–1500 . The requesting party must make satisfactory arrangements for payment of the transcript and costs.**

_____ C. Per Fed. Rule Bankr. P. 8009(b)(1)(B) or 8009(b)(2)(B), I certify that a transcript will NOT be ordered.

_____ D. Any designated transcript is currently on file with the court in Case No:_____.

Dated:_____    Signature: _____

    Print Name:_____