# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES TRUSTEE**                           Case No.: 3:18−cv−01571−HZ

    Plaintiff,

**v.**

**HOWARD LAW, P.C., et al.**

    Defendant.

## Civil Case Assignment Order

**1.** **Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge......................Hon. Marco A. Hernandez
> Presiding Judge's Suffix Code*............................HZ
>
> *These letters must follow the case number on all future filings.

**2.** **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

    Jennifer Paget
    Telephone: 503−326−8051
    Email: jennifer_paget@ord.uscourts.gov

**3.** **Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

    Telephone: 503−326−8050

**4.** **Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3−1, LR 5−5.)

**5.** **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:  August 27, 2018**                          **MARY L. MORAN**
                                                                                         **Clerk of Court**

                                                                     by: /s/ E. Oss
                                                                             E. Oss, Deputy Clerk